**Opinion issued May 5, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00638-CV

———————————

**SALLY BLACKIE-SENGEL, STARRY SKIES RANCH, L.P.,
AND JO ARC RESOURCES, INC., Appellants**

**V.**

**CHAPPELL HILL CONSTRUCTION CO., A TEXAS FOR PROFIT
CORPORATION, RAY ADREJCZAK, CHARLYN ROSENBAUM
SCHOENVOGEL, INDEPENDENT EXECTRIX OF THE ESTATE OF
CLARENCE WALTER SCHOENVOGEL, JR., DECEASED,
AND WAYNE T. RIFE, Appellees**

---

**On Appeal from the 335th District Court
Washington County, Texas
Trial Court Case No. 36211**

---

## MEMORANDUM OPINION

Appellants, Sally Blackie-Sengel, Starry Skies Ranch, L.P., and Jo Arc

Resources, Inc., have failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a),

38.8(a). After being notified that this appeal was subject to dismissal for appellants' failure to file a brief, appellants did not respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Lloyd, and Hightower.